Exhibit 27

| | |
|---|---|
| District Court, Jefferson County, Colorado<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Telephone: (720) 772-2500 | DATE FILED: July 21, 2022 5:53 PM<br>FILING ID: 5EB44EAB66A83<br>CASE NUMBER: 2022CV30250 |
| **TRACIE KUTZKE**<br><br>    Plaintiff,<br><br>v.<br><br>**G6 HOSPITALITY PROPERTY LLC,** a foreign limited liability company, **DHILLON HOTEL LLC d/b/a MOTEL 6 LAKEWOOD**, a Colorado limited liability company and<br>**C P JAFAY, LLC**, a Colorado limited liability company<br><br>    Defendants. | ▲ Court Use Only ▲ |
| Matthew M. Holycross, Reg. No. 40463<br>SPRINGER & STEINBERG, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 861-2800; Facsimile: (303) 832-7116<br>E-mail: mholycross@springersteinberg.com<br>*Counsel for Plaintiff* | Case Number: 22cv30250<br><br>Division: 6 |
| **STIPULATION FOR DISMISSAL AS TO DEFENDANTS<br>DHILLON HOTEL LLC AND CP JAFAY, LLC ONLY** | |

Pursuant to C.R.C.P. 41(a)(1)(B), Plaintiff, Tracie Kutzke and Defendants Dhillon Hotel LLC d/b/a/ Motel 6 Lakewood and CP Jafay, LLC, by and through their respective undersigned counsel, hereby stipulate to dismissal without prejudice of Plaintiff's claim against Defendants Dhillon Hotel LLC d/b/a/ Motel 6 Lakewood and CP Jafay, LLC, *ONLY,* each party to pay their own costs and attorney's fees.

Exhibit 27

This stipulation does not no operate and should not be construed as a dismissal of Defendant G6 Hospitality Property LLC, or any of Plaintiff's claims against it.

Respectfully submitted **July 21, 2022.**

| | |
|---|---|
| SPRINGER & STEINBERG, P.C. | MILLER AND URTZ, LLC |
| /s/ *Matthew M. Holycross* | /s/ *Charles A. Miller* |
| Matthew Holycross, #40463 | Charles A. Miller, #5841 |
| *Counsel for Plaintiff Tracie Kutzke* | *Counsel for Defendant CP Jafay, LLC* |
| **HAYNES BOONE LLP** | **LEVIN SITCOFF WANEKA PC** |
| /s/**Lee F. Johnson** | /s/ *Jeremy A. Sitcoff* |
| **Lee F. Johnson** | **Jeremy A. Sitcoff** |
| *Counsel for Defendant G6 Hospitality Property LLC* | **Counsel for Defendant Dhillon Hotel LLC d/b/a Motel 6 Lakewood** |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 21, 2022, the foregoing **STIPULATION FOR DISMISSAL AS TO DEFENDANTS DHILLON HOTEL LLC AND CP JAFAY, LLC ONLY** was electronically filed with the Court and a true and accurate copy of the same was served via email to the following, since no entries of appearance have been made by any Defendant at this point:

All counsel of record.

Jeremy A. Sitcoff (Jeremy@lsw-legal.com)
*Counsel for Defendant Dhillon Hotel (no entry yet filed)*

/s/*Colette L. Foote*
Colette L. Foote, Paralegal