**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02118-REB-SKC

TRACIE KUTZKE,

    Plaintiff,

G6 HOSPITALITY PROPERTY LLC

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Scheduling Order entered by the Court and Section E of Magistrate Judge Crews's Practice Standards for Civil Cases, Plaintiff Tracie Kutzke ("Plaintiff") and Defendant G6 Hospitality Property LLC ("Defendant") (collectively, the "Parties"), set forth the following Joint Status report.

Defendant served its first set of interrogatories and requests for production of documents to Plaintiff on November 11, 2022. Plaintiff has not yet served discovery.

Defendant is preparing subpoenas to non-parties for additional records and anticipates serving those before the end of the month.

There are no pending or unresolved discovery disputes to report at this time.

The Parties have engaged in preliminary discussions regarding whether this matter may be resolved. At this time, however, the Parties agree that additional discovery is necessary to inform them about any potential early resolution.

Dated: December 22, 2022.


*/s/ Lee F. Johnston*
Lee F. Johnston, #27897
Michael Freyberg, #56876
**HAYNES AND BOONE, LLP**
675 15th Street, Suite 2200
Denver, CO 80202
Phone:       (303) 382-6200
Email: lee.johnston@haynesboone.com
            michael.freyberg@haynesboone.com

*/s/ Angela C. Agrusa*
Angela C. Agrusa (*pro hac vice*)
Ellen E. Dew (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone:       (310) 595-3000
Email: angela.agrusa@dlapiper.com
            ellen.dew@dlapiper.com

*Attorneys for Defendant*
*G6 Hospitality Property LLC*



*/s/ Matthew M. Holycross*
Matthew M. Holycross
SPRINGER STEINBERG, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
Phone: (303) 861-2800
Email: mholycross@springersteinberg.com

*Attorney for Plaintiff Tracie Kutzke*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 22, 2022, I caused the foregoing **JOINT STATUS REPORT** to be filed with the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/* Lee F. Johnston
                                          Lee Johnston

                                          *Attorney for Defendant G6 HOSPITALITY PROPERTY LLC*