IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-02118-REB-SKC

TRACIE KUTZKE,

    Plaintiff,

v.

G6 HOSPITALITY PROPERTY LLC,
DHILLON HOTEL LLC, and
C P JAFAY, LLC,

    Defendants.

## ORDER DISMISSING CASE

**Blackburn, J.**

The matters before me is the **Notice of Voluntary Dismissal With Prejudice** [#45],[1] filed September 15, 2023, and **Stipulation for Dismissal As to Defendants Dhillon Hotel LLC and CP Jafay, LLC Only** [#17], filed August 25, 2022. Although the Notice [#45] purports to be submitted under Fed. R. Civ. P. 41(a)(1)(ii), it is not signed by all parties who have appeared. The court therefore construes the motion as arising under Fed. R. Civ. P. 41(a)(2) and finds that the terms of the proposed dismissal are just.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal With Prejudice** [#45] and the **Stipulation for Dismissal as to Defendants Dhillon Hotel LLC and CP Jafay, LLC**

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Only** [#17], are approved;

    2.  That this action is dismissed with prejudice with each party to pay its own attorney fees and costs; and

    3.  That this case is closed.

Dated September 18, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge